**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-000476-CNS-NRN

TATIANA BRODISKI, on Behalf of Herself and All Others Similarly Situated,

    Plaintiff,

v.

AUGUSTINE INSTITUTE, INC.

    Defendant.

---

**ENTRY OF APPEARANCE**

---

To the Clerk of Court and All Parties of Record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear

in this case as counsel for Defendant Augustine Institute, Inc.


    DATED at New York, New York this 5th day of March, 2025.

Respectfully submitted,

*s/ Anthony J Weibell*
Anthony J Weibell
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650-331-2000
Email: aweibell@mayerbrown.com

*Attorney for Defendant Augustine Institute, Inc.*
