**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00476

TATIANA BRODISKI, on Behalf of Herself and All Others Similarly Situated,

     Plaintiff(s),

v.

AUGUSTINE INSTITUTE, INC.,

     Defendant(s).

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

*Plaintiff Tatiana Brodiski, on Behalf of Herself and All Others Similarly Situated*

DATED at Little Rock, Arkansas this 3rd day of April 2025.

                         */s/ Samuel R. Jackson*
                         Samuel R. Jackson
                         CARNEY BATES & PULLIAM, PLLC
                         One Allied Drive, Suite 1400
                         Little Rock, Arkansas 72202
                         Telephone: (501) 312-8500
                         Email: sjackson@cbplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                         */s/ Samuel R. Jackson*
                          Samuel R. Jackson

1