# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  1:25-cv-00476-CNS-NRN

TATIANA BRODISKI, on Behalf of Herself and All Others Similarly Situated,

    Plaintiff,

v.

AUGUSTINE INSTITUTE, INC.,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Procedure 41(a)(1)(A)(i) Plaintiff Tatiana Brodiski voluntarily dismisses her individual claims in the above captioned action against Defendant Augustine Institute ("Defendant") with prejudice.  This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: April 30, 2025          **JOHNSON FISTEL, PLLP**

                                             By:  *Jeffrey A. Berens*
                                                Jeffrey A. Berens
                                                2373 Central Park Blvd., Suite 100
                                                Denver, CO 80238
                                                Telephone: (303) 861-1764
                                                Email: jeffb@johnsonfistel.com

                                                Mark S. Reich
                                                Gary S. Ishimoto
                                                **LEVI & KORSINSKY, LLP**
                                                33 Whitehall Street, 17th Floor
                                                New York, NY 10004
                                                Telephone: (212) 363-7500
                                                Facsimile: (212) 363-7171
                                                Email: mreich@zlk.com
                                                Email: gishimoto@zlk.com

Allen Carney
Courtney Ross Brown
**CARNEY BATES & PULLIAM, PLLC**
One Allied Drive, Suite 1400
Little Rock, Arkansas 72202
Telephone: (501) 312-8500
Email: acarney@cbplaw.com
Email: cbrown@cbplaw.com

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed on April 30, 2025 with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record.

*Jeffrey A. Berens*
Jeffrey A. Berens
